UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID WILLIAM ROGERS, | No. C 13-3794 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| F. FOULK, Warden, | |
| Respondent. | |

Petitioner filed an *ex parte* request for an extension of time to file his opposition to respondent's motion to dismiss. Upon due consideration, the court GRANTS the request. (Docket # 10.) The court now sets the following new briefing schedule:

1. Petitioner must file and serve on respondent's counsel his opposition to the motion to dismiss no later than **February 28, 2014**.

2. Respondent must file and serve his reply brief (if any) no later than **March 14, 2014**.

IT IS SO ORDERED.

DATED: January 14, 2014

_____
SUSAN ILLSTON
United States District Judge